### 8563.  TRAVIS *v.* CITY OF FAYETTEVILLE.

LUKE, J.  This case is controlled by the decision in *Detmering* v. *Fayetteville,* ante, 747.

> *Judgment affirmed.  Wade, C. J., and George, J., concur.*
> DECIDED APRIL 21, 1917.

Petition for certiorari; from Fayette superior court—Judge Searcy. February 1, 1917.

*Lester C. Dickson,* for plaintiff in error.

*J. W. Culpepper, E. M. Owen,* contra.